RECEIVED

AO 91 (Rev. 11/11) Criminal Complaint
WESTERN DISTRICT OF LOUISIANA

DEC 1 3 2025

# UNITED STATES DISTRICT COURT
for the

DANIEL J. McCOY, CLERK

BY:_____

Western District of Louisiana

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No. |
| MICAH JAMES LEGNON | ) | 6:25-mj-00229 |
| aka "Kateri" | ) | |
| aka "Black Witch" | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____December 12, 2025_____ in the county of _____Iberia_____ in the _____Western_____ District of _____Louisiana_____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 875(c) | Threats in Interstate Commerce |

This criminal complaint is based on these facts:

See Attached Affidavit

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Paul Sellers, Special Agent
_____
*Printed name and title*

Sworn to before me and signed in my presence.

Date: _December 13, 2025_

_____
*Judge's signature*

City and state:      Lafayette, Louisiana

David J. Ayo, United States Magistrate Judge
_____
*Printed name and title*