UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

UNITED STATES OF AMERICA                CASE NO.  6:25-MJ-00229-01

VERSUS                                  MAGISTRATE JUDGE DAVID J. AYO

MICAH JAMES LEGNON (01)

## MINUTES

A telephone status conference was held on March 19, 2026, starting at 10:00 a.m. and ending at 10:10 a.m.[1] Participating in the conference, along with the undersigned, were John Nickel on behalf of the government and Aaron Adams and Dustin Talbot on behalf of the Defendant.

The Court convened the conference to discuss the status of the case.  Counsel provided an update.  No action from the Court is required at this time. A separate order will issue setting a telephone status conference in this matter at which time parties will provide an update on the case.

Signed at Lafayette, Louisiana, this 19th day of March, 2026.

David J. Ayo
United States Magistrate Judge

---

[1]     Statistical time:  10 minutes.