UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

UNITED STATES OF AMERICA — CRIMINAL NO. 6:25-mj-00229

v. — MAGISTRATE JUDGE AYO

MICAH JAMES LEGNON
aka "Kateri"
aka "Black Witch"

Defendant

______________________________/

**ORDER**

After considering the Motion to Enroll Co-Counsel filed in the captioned matter,

IT IS HEREBY ORDERED that United States Attorney Zachary A. Keller be enrolled as co-counsel of record in the above-captioned matter for the United States of America.

Done and signed on this 20th day of March 2026, in Lafayette, Louisiana.

David J. Ayo
United States Magistrate Judge